Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

MARGARET CAVALIERE, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.—

Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.

JOHANNA FRIEDMAN, Respondent, v. CATON APARTMENTS, INC., Appellant.—

Rabin, P. J., Hopkins, Munder, Martuscello and Latham, JJ., concur.

In the Matter of MILTON E. JACOBOWITZ, Appellant, v. ANNA MILLER, Respondent.—

No opinion. Appeal from order of the same court,

dated April 8, 1970, which denied appellant's motion for reargument, dismissed, without costs. An order denying reargument is not appealable. Rabin, P. J., Shapiro, Christ and Benjamin, JJ., concur.